1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE ABBOTT DURAN,<br><br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON,<br><br>Respondent. | Case No. 2:19-cv-08096-SB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED:  September 30, 2020.

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE